IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERCER LIVESTOCK AUCTION, INC., | Civil Action No. 23-2041 |
| Plaintiff, | ELECTRONICALLY FILED |
| v. | The Honorable W. Scott Hardy |
| PAUL LETTINGA, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## REQUEST TO ENTER DEFAULT JUDGMENT

To the Clerk of the United States of America for the Western District of Pennsylvania

In accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure and the Affidavit of George R. Farneth II, Esquire filed contemporaneously herewith, please enter a default judgment against Defendant, Paul Lettinga in the amount of $525,000, plus costs, for failure to plead or otherwise defend.

Respectfully submitted,

*/s/ George R. Farneth, II*
George R. Farneth, II, Esquire
PA I.D. #53914
445 Fort Pitt Boulevard, Suite 160
Pittsburgh, PA 15219
P: (412) 977-7779
F: (412) 586-4713
grf@farnethlaw.com
*Attorneys for Plaintiff, Mercer Livestock Auction, Inc*

CLERK'S ENTRY OF DEFAULT / DEFAULT JUDGMENT

Date: 4/24/2024

*Katie Hall*
Docket Clerk

*Brandy S. Lonchena*
Brandy S. Lonchena

Dated: April 23, 2024

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this ***Request to Enter Default Judgment*** was electronically served on all counsel of record via the Court's ECF System on the 23rd day of April 2024 and by U.S. Mail, postage prepaid addressed as follows:

Jason S. Schnelker, Esquire
Schnelker, Rassi & McConnell, PLC
660 Cascade West Parkway SE, Suite 105
Grand Rapids, Michigan 49546

Paul Lettinga
3675 West Tupper Lake Road
Lake Odessa, Michigan 48849

Respectfully Submitted,

By: */s/ George R. Farneth, II*
George R. Farneth II, Esquire
The Farneth Law Group, LLC
445 Fort Pitt Blvd., Suite 160
Pittsburgh, PA 15219
grf@farnethlaw.com
*Attorneys for Plaintiff, Mercer Livestock Auction, Inc.*